IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| CLAUDIA P. GIL | § | MISC. ACTION NO. H-06-504 |
| | § | |
| | § | |

**ORDER**

Movant, Claudia P. Gil, seeks an order in the nature of mandamus ordering the issuance of a passport for her minor child. She does not indicate that she has complied with the regulations that govern applying for a passport for a child younger than fourteen. 22 C.F.R. § 51.27. The movant has not met the heavy burden necessary to obtain a writ of mandamus. See *Kerr v. Dist. Court for the N. Dist. of Ca.*, 426 U.S. 394, 402 (1976) (party seeking mandamus relief must show that its right to the relief is clear and indisputable). The request is denied.

SIGNED on December 22, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge